# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00190-CV

### In re Wimberley Springs Partners, Ltd.

### ORIGINAL PROCEEDING FROM HAYS COUNTY

### O R D E R

**PER CURIAM**

Relator has filed a petition for writ of mandamus and a motion for temporary relief pending disposition of its mandamus petition. In the motion for temporary relief, relator has asked this Court to stay four rulings of respondent: (1) that relator's plea in abatement did not automatically trigger abatement; (2) that real parties in interest's defamation counterclaims are severed; (3) that depositions of non-parties are to proceed on April 1, 2015, and April 6, 2015; and (4) that good cause exists to allow discovery on relator's Anti-SLAPP motion to dismiss. We grant the motion for temporary relief in part as to ruling (3) and stay the district court's ruling that compels depositions to take place on Wednesday, April 1, 2015, and Monday, April 6, 2015, pending further order of this Court. We request that real parties in interest file a response to the motion for temporary relief and mandamus petition no later than 12:00 p.m. on Thursday, April 9, 2015.

It is so ordered March 31, 2015.

Before Chief Justice Rose, Justices Goodwin and Field